THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS-
TOPHER A. DOKU, Appellant.
Decided September 17, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from an order of City Court entered in a criminal action or proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN
J. REOME, Appellant.
Submitted September 14, 2009; decided September 17, 2009

Reported below, 64 AD3d 1201.

Motion for assignment of counsel granted and Frank H. His-cock Legal Aid Society, 351 S. Warren Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES
SMITH, Appellant.
Submitted September 14, 2009; decided September 17, 2009

Reported below, 62 AD3d 411.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and mo-tion papers treated as a timely CPL 460.20 application.